IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN ALLAN LAYNE,** ) | Civil Action No. 7:11-cv-00419 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **KELLY JENKINS, et al.,** ) | By: | Hon. Michael F. Urbanski |
|    Defendant. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; plaintiff's Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

          Entered:  September 21, 2011

          */s/ Michael F. Urbanski*

          Michael F. Urbanski
          United States District Judge